UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION NO. 05-020** |
| v. | * | SECTION: "I" (5) |
| **DAVID TYRONE MADISON** | * | |

\* \* \*

### O R D E R

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that, pursuant to U.S.S.G. § 3E1.1(b), the Government's motion is granted and, accordingly, the downward adjustment for defendant David Tyrone Madison's acceptance of responsibility, as demonstrated to the Court, should be three (3) points.

New Orleans, Louisiana, this 13th day of September, 2006

_____
UNITED STATES DISTRICT JUDGE